UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER WIRTH, next friend,     ]
on behalf of CHARLES MANSON         ]
    Petitioner,                     ]
                                    ]     No.
v.                                  ]     (No.3:14-mc-0796)
                                    ]     Judge Sharp
THE PEOPLE OF THE STATE OF          ]
CALIFORNIA, et al.                  ]
    Respondents.                    ]

## O R D E R

On July 9, 2014, an order (Docket Entry No.2) was entered granting the petitioner thirty (30) days in which to either pay the five dollar ($5.00) fee required for the filing of this action or submit an application to proceed in forma pauperis.

The thirty day period has elapsed and the petitioner has not yet complied with the instructions of the Court. Accordingly, the Clerk shall file the petition (Docket Entry No.1).

The instant action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

Kevin H. Sharp
United States District Judge